```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

UNITED STATES OF AMERICA

VS.                              CRIMINAL NO. 3:07-cr-138(DCB)(LRA)

JOSEPH McNEALY                                               DEFENDANT

<u>ORDER</u>

This cause is before the Court on motions by the defendant for discovery **(docket entries 136 and 138)** in connection with his Motion to Vacate Pursuant to 28 U.S.C. § 2255. The Court finds that a response from the Government is needed. Accordingly,

IT IS HEREBY ORDERED that the Government shall file responses to the motions for discovery **(docket entries 136 and 138)** filed by the defendant, within fourteen (14) days from the date of entry of this Order.

SO ORDERED, this the 13th day of August, 2014.

                                    /s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE